AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | ) | |
|---|---|---|
| TIMOTHY HAGER | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 14-2237-JPO |
| | ) | |
| BNSF RAILWAY COMPANY | ) | |
| *Defendant(s)* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the accepted offer of judgment (ECF docs. 56 and 58) the plaintiff shall recover from the defendant $95,000.00.  Each of the parties must pay his or its own costs, liens, and other encumbrances accrued to date.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date: April 28, 2015

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Kathleen L. Grant
*Signature of Clerk or Deputy Clerk*